■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERTO CRUZ, Appellant. [707 NYS2d 869] —Appeal by the de-

fendant from a judgment of the Supreme Court, Kings County (Irizarry, J.), rendered July 28, 1997, convicting him of criminal sale of a controlled substance in or near school grounds and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Ritter, Krausman and Smith, JJ., concur.